# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2015

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

152259(3)

IN RE RICHARD B. HALLORAN, JUDGE
3RD JUDICIAL CIRCUIT COURT

SC: 152259
JTC Formal Complaint 97

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and the Honorable John D. O'Hair is hereby appointed master to hear Formal Complaint No. 97.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015



Clerk